# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Mohsen Youseffi Nejad

**Petitioner**

**V.**

See Attachment

**Respondent.**

**Civil Action No.** 25-cv-02425-AGS-JLB

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons stated on the record at the January 15, 2026 hearing, petitioner Mohsen Youseffi Nejad's petition for a writ of habeas corpus is DENIED. The case is hereby closed.

**Date:** 2/4/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Fujita
M. Fujita, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 25-cv-02425-AGS-JLB

Respondents:
Christopher LaRose
Facility Administrator at Otay Mesa Detention Center, San Diego, California
Patrick Divver
Field Office Director of San Diego Office of Detention and Removal, U.S. Immigrations and Customs Enforcement
U.S. Department of Homeland Security
Todd M. Lyons
Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security
Kristi Noem
in her Official Capacity, Secretary, U.S. Department of Homeland Security
Pam Bondi
in her Official Capacity, Attorney General of the United States